Hand-Delivered

FILED
CHARLOTTE, NC

JUL 24 2017

US District Court
Western District of NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:17cv435

Nazanin Rostastam Abadi

Plaintiff,

vs.

COMPLAINT

Mecklenburg County Health Department.
Attention Senior HR Manager Renea Barber

Defendant(s).

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

Case 3:17-cv-00435-FDW-DCK     Document 1     Filed 07/24/17     Page 1 of 10

B. PARTIES

1. Name of Plaintiff: __Nazanin Rostamabadi__
   Address: __6780 Rothchild Dr.__
   __charlotte, NC 28270__

2. Name of first Defendant: __Mecklenburg County Health Department.__
   Address: __Senior HR Manager__
   __700 East 4th street.__
   __chorlotte NC. 28202__

3. Name of second Defendant: _____
   Address: __Mecklenburg County Goverment.__
   __700 East 4th street__
   __chartotte, NC. 28202__

4. Name of third Defendant: _____
   Address: _____
   _____
   _____

(Use additional sheets if necessary.)

C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   __700 East 4th street. charlotte, NC. 28202__
   __HR Department for Mecklenburg County__
   __Government.__

2. The discriminatory acts occurred on or about: __Jan, 2016 to__
   __November 29, 2016_____(Month, Day, Year)

Case 3:17-cv-00435-FDW-DCK    Document 1    Filed 07/24/17    Page 2 of 10

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

Mid March 2017 _____ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

_____ April 26, 2017 _____ (Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. _____ Failure to employ me.
   b. _____ Failure to promote me.
   c. __✓__ Termination of my employment.
   d. _____ Demotion.
   e. _____ Denied equal pay/work.
   f. _____ Sexual harassment.
   g. __✓__ General harassment.
   h. __✓__ Other acts (Be specific: Attach an additional sheet if necessary)

REDA, WhistleBlower, Retaliation, Work related injury, occupational Safety Violation. Wrongful Termination Whistleblower protective Act Employment Discrimination, Discriminatory Practices Title VII of the Civil Right Act.

6. Defendant's conduct is discriminatory with respect to:
   a. _____ my race
   b. _____ my color
   c. _____ my sex
   d. __✓__ my religion
   e. __✓__ my national origin
   f. _____ my age

7. I believe that the defendant is still committing these acts against me.

   YES __✓__                NO __-__

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: _Please see the Attachment_

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

_please See the Attachment._

Count 2: _please See the Attachment._

Supporting Facts:

_please See the Attachment._

## E. INJURY

How have you been injured by the actions of the defendant(s)?

_please See the Attachment_

Case 3:17-cv-00435-FDW-DCK     Document 1     Filed 07/24/17     Page 4 of 10

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES _____ NO _____

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendant(s):_____

2. Name of court and case or docket number:_____

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

4. Issues raised:

_____

_____

_____

5. When did you file the lawsuit? _____(Date: Month/Year)

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

YES _____ (NO) _____

Case 3:17-cv-00435-FDW-DCK    Document 1    Filed 07/24/17    Page 5 of 10

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_I did not know my rights._

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

_My Full Salary for the Last Year & 1/2 + 4% Raze._
_Full Retier ment pay of $60,000/year for the Rest of_
_my life. For my constant pain, work related injury,_
_& Emotional suffering, 100,000/year for as long as my_
_Suffering Continues/or Next 5 years. please see_
_the Attach ment._

JURY TRIAL REQUESTED

(YES) _____        NO _____

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at _____ on _____

       (Location)              (Date)

_____

           Signature

Introduction and Nature of Actions;

Retaliatory Employment Discrimination ACT , Violation of REDA, Violation of Whistleblower Protection Act, retaliation in violation of Title VII of the Civil Rights Act of 1964 and harassment, hostile work environment, and occupational safety violation.

BACKGROUND:
I am 56 years old single mother of 2 boys, who worked for over 9 years as WIC Clinical Nutritionist for Mecklenburg County Health Department in Charlotte North Carolina. I was wrongfully terminated, and was intimidated and forced to resign against my will on November 29, 2016.
Prior to my employment by Mecklenburg County WIC Department, I worked voluntarily for Mecklenburg County Health Department for about four years.

Cause of Action

As an employee of Mecklenburg County, I was subjected to discrimination, harassment, and retaliation for trying to address the unsafe work environment that led up to my injury and constant pain daily. I am also unable to collect unemployment because of a document I was forced to sign on false pretenses. My emotional and physical well-being and financial circumstances have been greatly affected

Statement of Facts

1.  Harassment started in April of 2012 when county told police false statements about me which led to being removed from my house against my will. No charges or evidence was issued or filed by the county. No search warrant was issued for searching my house. This came about from whistle blowing and was a violation of the whistle blowing protective act. Prior to this incident, I brought up to the attention of the state during civil rights meeting that discrimination process involving minority who do not speak English was negligible.
2.  Violation of Occupational Safety and Health Act of North Carolina.
    From July 2013 to about the end of 2015, WIC clinic at Charlotte East was in violation of OSHA.
    o   This was during outbreak of **Ebola, E-Coli**, and **Influenza**.
    o   We did not have proper equipment to clean blood, urine, and vomit of our clients' infants and children.
    o   Which we were in contact daily (several times /day).
    o   Our clients (infant, children and pregnant moms) and staff were in direct exposure to blood born infection as well as bodily fluid transitions of infection as well as air born infection.
    o   We did not have cleaning personnel for proper sanitation and disinfectant of labs, offices, hallways, and clients' waiting areas.
    o   When State came for WIC program accreditation, a cleaning person was hired for three days, and immediately after accreditation was issued, she was fired.

1

- I brought up the needs for safety and health of our clinic to the attention immediate supervisor and Department manager over and over .even in out monthly meetings,
- Response from our supervisor was: "we are aware of it and will get to it when we have the time and the budget."
- To help our department and to protect our clients and staffer, I brought this issue to the attention of our county manager in 2015.
- And I asked for her help to provide assistance. This was a case that I showed compassion & care to a system that lacked it.

3. **Work Related Injuries.**
   - In 2014, I noticed intermittent pain in my neck and shoulder after prolong sitting in front of the computer.
   - This was because of a non-ergonomic work office setup (desk, computer set-up, type of chair, etc.).
   - I send a detailed report to my immediate supervisor and department manager.
   - Ergonomic Department was also notified and did investigation.
   - It was concluded that my workplace configuration was not safe for my health, and ergonomic office set up will prevent work related injury.
   - Nothing was done about it.
   - In 2015, as my pain intensified to my neck and shoulder and radiating to my arm, I send another report to my supervisor and my manager.
   - I also notified Department of Ergonomic.
   - My immediate supervisor blamed our department manager for not doing anything about it. And department manager kept spending money on materials that we had large supply of it in our supervisor's storage area.
   - The Head of Ergonomic Department concluded the same report as 2014, that the office was non-ergonomic and needs to be fixed immediately,(since this was not corrected previously). He verbalized that my injuries are as direct result of continuous work in a non-ergonomic office.
   - At this time, I was working 8-10 hours a day with severe pain in my neck and shoulder without a break and some days I had to work through my lunch hours.
   - January 2016, I send another email to both my immediate supervisor and department manager explaining in detail the severity of the trauma to my upper extremities which caused numbness of my fingers.
   - No Work-related injury report was filed by the supervisor.
   - February 2016, my second work-related injury occurred while I was working at lab, which the set-up that was not ergonomically safe either.
   - At this time, the injury was to my lower back and I was not able to stand up or walk.
   - My supervisor had to take me to the ER.
   - After this incidence, my supervisor had to learn how to file a work related injury report (in order to find out which ER she can take me to)
   - After this incidence, I was put on restrict duty by the county doctor at Concentra.

2

- Because I filed a work compensation report, department of work safety representation of OSHA and Ergonomic Department were notified to investigate.
- The conclusion of the investigation was that I should not have been working in the lab without proper training and this was the job of the nutrition assistant and this was not in the job description of Nutritionist at all.
- They also found that my injuries were directly due to unsafe work environment and continuing working in the environment which was never completely corrected ergonomically.
- After my injuries the management and some employees colluded together to harass me. This was due to my disability and my inability to work the long hours that I was able to work previously.

4. **Under Harassment and subject to Hostile Work Environment and Discriminatory Practices.**
   - In 2014 the general harassment, bulling, intimidation, aggressive behavior, yelling, verbal violence, hostile body language, labeling, name calling insulted, and put downs intensified .
   - I reported these incidences and Discriminatory Practices several times.
   - I reported the severity of hostile work environment both verbally (every week) and via e-mail to both supervisors and department manager.
   - Nothing was done about it.
   - In 2015 HR was involved too, but nothing was done to stop the hostile work environment.
   - The severity of hostile work environment and harassment directly affected my work and interfere with my work quantity (number of clients I had to see daily), it also impacted my health and I end up in ER.
   - Still nothing was done about it. The discrimination was based on National of my origin and my Religion.
   - Several employees expressed their hate for me and threaten to retaliate, if I continue reporting their discriminatory behavior toward non English speaking minorities to my supervisor.
   - Both in 2014 and 2015 my supervisor and my department manager Discriminatory denied me of maximum raze in my salary.

**The discriminatory practices under Title IV of the Civil Rights Act of 1964 based on nation of origin and religion caused unjustified retaliatory termination.**

5. My Whistleblower Protection Act was violated by Mecklenburg County because I continuously reported wrongdoing of the following actions:
- Gross mismanagement
- Abuse of authority
- Substantial and specific danger to public health or safety
- Violation of a law, rule, or regulation

3

INJURY:

6. I am still in constant pain in my upper extremities and lower back pain due to my work related injuries.
7. I am still under doctor's care and restrictions.
8. I am still suffering from Post-Traumatic Injury "PTSD" as was cause by Mecklenburg County WIC Department in April of 2012.
9. As a result of Retaliatory /Wrongful Termination by Mecklenburg County HR Department,(which was based on employees' and supervisor's Discriminatory and falls allegations NOT FACTS), I was denied of my UNEMPLOYMENT BENEFIT.
10. I have no income.
11. I spend an average 6-8 hours/day without any brake looking for jobs, networking, volunteering and getting my two sons ready for college.
12. I am still in shock of what happened to me during November 10th to November 29th 2016.
13. I cannot sleep, there is not a day that goes by, pain free, stress free and free of EMOTIONAL SUFFERING.
14. I suffered physically, emotionally and financially. My sons suffered emotionally and financially.
15. I was not and still I am not able to visit my 90 years old mother for the last 2 years, because of this tragedy which was cause by Mecklenburg County HR Department.
16. As a result all my times, and energy were consumed by the process, I was forced to go through, which depleted me financially too.

REQUEST FOR RELIEF:

1. My full salary plus 4% raze for the 2016, 2017.
2. Full retirement payment of $60,000/year for the rest of my life.
3. In addition full benefit, full medical dental and vision.
4. For my emotional and physical suffering $100,000 for next 5years.
5. For preventing Mecklenburg County government to do the same to another Employee $250,000.

4