# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-435-FDW-DCK

| | |
|---|---|
| NAZANIN ROSTASTAM ABADI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MECKLENBURG COUNTY HEALTH ) | |
| DEPARTMENT, and MECKLENBURG ) | |
| COUNTY GOVERNMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Request For Postponing The Case" (Document No. 30) filed May 24, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting Defendant's counsel does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Request For Postponing The Case" (Document No. 30) is **GRANTED**. The parties shall have up to and including **September 14, 2018** to file their Certificate of Initial Attorney's Conference.

**SO ORDERED**.

Signed: May 30, 2018

David C. Keesler
United States Magistrate Judge