# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-435-FDW-DCK

| | |
|---|---|
| NAZANIN ROSTASTAM ABADI, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MECKLENBURG COUNTY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion for getting continuation/ Extension for Discovery Completion" (Document No. 38); Plaintiff's "Motion to Request Court to Order Defendant to Comply with Production Of Documents and attending the Depositions" (Document No. 39); "Defendant's Motion For Protective Order" (Document No. 40); and Plaintiff's "Motion For Getting An Extension To File Motion For Denying Of Summary Judgment" (Document No. 46). These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will grant the motions in part, and deny the motions in part.

As an initial matter, the undersigned notes that Plaintiff Abadi is appearing *pro se*, and that not all of the pending motions have been fully briefed. The undersigned finds that an immediate Order addressing these motions is in the best interests of efficient case management.

The crux of the pending motions relates to the parties' failure to complete all intended discovery, particularly depositions. It appears that the parties generally agree that they should be allowed to conduct several depositions. See (Document No. 43, p. 4).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion for getting continuation/ Extension for Discovery Completion" (Document No. 38) is **GRANTED in part, and DENIED in part**, as follows. The parties shall confer as soon as possible to set dates for taking the following depositions: (1) Plaintiff Nazanin Rostastam Abadi; (2) Paula Black; (3) Leigh Ann Carpenter; (4) Jemona Birchette; (5) Sharon Baxter; (6) Shanita Dash; (7) Janel Vaughn; and (8) Natasha Jefferies. The parties shall complete these depositions by **March 15, 2019**. To the extent Plaintiff's motion seeks other relief, it is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to Request Court to Order Defendant to Comply with Production Of Documents and attending the Depositions" (Document No. 39) is **DENIED AS MOOT**. This motion appears to be nearly identical to the previous motion and is, therefore, denied as moot.

**IT IS FURTHER ORDERED** that "Defendant's Motion For Protective Order" (Document No. 40) is **GRANTED**. County Manager Dena Diorio will not be required to sit for a deposition in this matter.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion For Getting An Extension To File Motion For Denying Of Summary Judgment" (Document No. 46) is **GRANTED**. Plaintiff may file a response in opposition to "Defendant's Motion For Summary Judgment" (Document No. 44) on or before **March 22, 2019**.

<u>The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff by certified U.S. Mail, return receipt requested</u>.

**SO ORDERED**.

Signed: February 13, 2019

David C. Keesler
United States Magistrate Judge